UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Camp Drug Store, Inc., an Illinois Corporation,
individually and as the representative of a class
of similarly situated persons,,

      Case No.:  0:18-cv-61033-WPD

   Plaintiff,

vs.

Anthony Wayne Thompson, d/b/a
AmpleMedical and AmpleMedical.com,

   Defendant

_____ /

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

   HINSHAW & CULBERTSON, LLP ("Law Firm") hereby moves this Honorable Court for the entry of an Order granting it leave to withdraw as counsel for Defendant, Anthony Wayne Thompson, d/b/a AmpleMedical and AmpleMedical.com ("Defendant"), and as grounds therefore would state:

   1.  That irreconcilable differences have arisen between Law Firm and Defendant.

   2.  That Law Firm has attempted to resolve its differences with Defendant but has been unable to do so.

   3.  Those differences are such as to preclude Law Firm from being able to continue representing the Defendant in this cause.

   4.  Mr. Thompson has signed a Consent to this motion, attached hereto.

   5.  All future pleadings as it relates to Defendant, Anthony Wayne Thompson, d/b/a AmpleMedical and AmpleMedical.com should be addressed to 12201 NW 35th Street, Coral Springs, FL  33065.  (954) 661-3653.  Anthony@amplemedical.com.

WHEREFORE, Hinshaw & Culbertson, LLP respectfully requests that this Court grant it leave to withdraw as counsel for DEFENDANT, Anthony Wayne Thompson, d/b/a AmpleMedical and AmpleMedical.com, in this cause.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 14, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Bock, Hatch, Lewis & Oppenheim, (Attorneys for Plaintiff) Phillip A. Bock, Esq., 134 LaSalle St., Suite 1000, Chicago, IL 60602, Telephone (312) 658-5500; Facsimile (312) 658-5555.   A PDF electronic copy has also been served on Defendant, Anthony Wayne Thompson, d/b/a AmpleMedical and AmpleMedical.com, Anthony@amplemedical.com, 12201 NW 35th Street, Coral Springs, FL  33065.

*s/ Cheryl L. Wilke*
Cheryl L. Wilke
Florida Bar No. 893780
cwilke@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One East Broward Boulevard, Suite 1010
Ft. Lauderdale, FL 33301
Telephone: 954-467-7900
Facsimile: 954-467-1024
Secondary: ablitz@hinshawlaw.com
Office: ftllitigation@hinshawlaw.com
Attorneys for Defendant, Anthony Wayne
Thompson, d/b/a AmpleMedical and
AmpleMedical.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Camp Drug Store, Inc., an Illinois Corporation,
individually and as the representative of a class
of similarly situated persons,,

Case No.:  0:18-cv-61033-WPD

        Plaintiff,

vs.

Anthony Wayne Thompson, d/b/a
AmpleMedical and AmpleMedical.com,

        Defendant

_____ /

## CLIENT CONSENT TO MOTION TO WITHDRAW

I, ANTHONY WAYNE THOMPSON, Defendant in this action, have read Hinshaw &

Culbertson LLP's Motion to Withdraw and Consent to their withdraw as counsel on my behalf in

case No. 0:18-cv-61033-WPD presently pending in the U.S. District Court Southern District of

Florida. I shall appear *Pro Se* in this matter, unless I retain substitute counsel.

By:_____

Anthony Wayne Thompson
12201 NW 35th Street
Coral Springs, FL  33065
(954) 661-3653.
Email: Anthony@amplemedical.com

Date: _6_/_14_/_18____