IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CAMP DRUG STORE, INC., an Illinois Corporation, individually and as the representative of a class of similarly-situated persons,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ANTHONY WAYNE THOMPSON d/b/a/ AmpleMedical and AmpleMedical.com,<br><br>　　　　　　Defendant. | Case No. 18-cv-61033<br><br>CLASS ACTION |

## STIPULATION OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff Camp Drug Store, Inc., by counsel, with agreement of Defendant Anthony Wayne Thompson, d/b/a AmpleMedical and AmpleMedical.com, *pro se*, and pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), hereby voluntarily dismisses all of its claims against defendant with prejudice, each party to bear its own fees, expenses and costs. This dismissal disposes of the entire action.

Dated: July 26, 2018

Respectfully submitted,

CAMP DRUG STORE, INC., individually and as the representatives of a class of similarly-situated persons,

By: /s/ Phillip A. Bock

Phillip A. Bock (FL 93985)
Bock, Hatch, Lewis & Oppenheim
134 N. La Salle St,, Ste. 1000
Chicago, IL  60602
Telephone:  312-658-5500
Facsimile:  312-658-5555
phil@classlawyers.com

        ANTHONY WAYNE THOMPSON, d/b/a
AmpleMedical and Amplemedical.com,

By: :  /s/ Anthony W. Thompson

*pro se*

12201 NW 35th Street
Unit 208
Coral Springs, FL 33065
Telephone: 954-661-3653
Anthony@amplemedical.com

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he caused a copy of the foregoing to be served on July 26, 2018 both by depositing it with the U. S. Postal Service with postage paid and by sending it by email respectively addressed to:

    Anthony Wayne Thompson
12201 NW 35th Street, Unit 208
Coral Springs, FL 33065
Telephone: 954-661-3653
Anthony@amplemedical.com

        By:  /s/ Phillip A. Bock

        Phillip A. Bock (FL 93985)
Bock, Hatch, Lewis & Oppenheim
134 N. La Salle St,, Ste. 1000
Chicago, IL  60602
Telephone:  312-658-5500
Facsimile:  312-658-5555
phil@classlawyers.com