UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Camp Drug Store, Inc., an Illinois Corporation,
individually and as the representative of a class
of similarly situated persons,

Case No.: 0:18-cv-61033-WPD

Plaintiff,

vs.

Anthony Wayne Thompson, d/b/a
AmpleMedical and AmpleMedical.com,

Defendant
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Stipulation of Voluntary Dismissal [DE 16] (the "Stipulation"), filed herein on July 27, 2018. The Court has carefully considered the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 16] is hereby **GRANTED**;

2. This action is **DISMISSED with prejudice**, with each party to bear its own costs and fees except as otherwise agreed;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 27th day of July, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record

18153643v1 7048395